**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

<u>      **v.**                                              </u>Criminal No. <u>05-101-PB   </u>

<u>**Kevin Corson**</u>

**O R D E R**

The court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease that could affect his competency to plead guilty or stand trial.  At the direction of the court, counsel has filed a motion for psychological evaluation, seeking permission for Dr. Brian Jackson to evaluate the defendant's mental competency. Accordingly, pursuant to 18 U.S.C. §§ 4241, 4247, and with the consent of the parties, the request is granted.  Dr. Jackson shall conduct the examination and prepare a report to be filed under seal within 45 days addressing the defendant's competency. This report shall also take into account any medications the defendant is currently taking.

SO ORDERED.

```
                                      _____
                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge
```

January 20, 2005

cc:  Sven Wiberg, Esq.
     Joseph LaPlante, AUSA
     United States Probation
     United Sates Marshal